NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AQUILA INNOVATIONS INC.,**
*Appellant*

**v.**

**ADVANCED MICRO DEVICES, INC.,**
*Appellee*

---

2021-1946

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-01526.

---

## JUDGMENT

---

JING CHERNG, Freitas & Weinberg LLP, Redwood Shores, CA, argued for appellant. Also represented by ROBERT E. FREITAS.

MICHAEL HAWES, Baker Botts, LLP, Houston, TX, argued for appellee. Also represented by AASHISH G. KAPADIA, BRIAN W. OAKS, Austin, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>April 12, 2022</u>                    <u>/s/ Peter R. Marksteiner</u>
Date                                  Peter R. Marksteiner
                                      Clerk of Court